IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ORLANDO SAMUEL MCKEITHEN,          *
#164 717
      Plaintiff,                              *

      v.                                      *          3:11-CV-190-WHA
                                        (WO)

SGT. CATHY JACKSON, *et al*.,            *

      Defendants.                             *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for appointment of counsel. A plaintiff

in a civil case has no constitutional right to counsel. While an indigent plaintiff may be

appointed counsel pursuant to 28 U.S.C. § 1915(e)(1), a court retains broad discretion in

making this decision. *See  Killian v. Holt,* 166 F.3d 1156, 1157 (11th  Cir.1999).

Here, the court finds from its review of the complaint that Plaintiff is able to

adequately articulate the facts and grounds for relief in the instant matter without notable

difficulty.  Furthermore, the court concludes that Plaintiff's complaint is not of undue

complexity and that he has not shown that there are exceptional circumstances justifying

appointment of counsel. *See Kilgo v. Ricks*, 983 F.2d 189, 193 (11th  Cir. 1993); *Dean v.*

*Barber*, 951 F.2d 1210, 1216 (11th  Cir. 1992); *see also Fowler v. Jones*, 899 F.2d 1088, 1096

(11th  Cir. 1990).  Therefore, in the exercise of its discretion, the court shall deny Plaintiff's

request for appointment of counsel at this time. The request may be reconsidered if warranted

by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's  Motion for Appointment of Counsel (*Doc. No.  3*), is

DENIED.

Done, this 21st day of March 2011.


                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE