IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO S. McKEITHEN, AIS#164717 | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.  3:11-cv-190-WHA-TFM [wo] |
| SGT. JACKSON, JUANICE COLE, and ANGELA BROWN, | ) ) ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On December 5, 2013, the Magistrate Judge filed a Recommendation granting Defendant Angela Brown's motion for summary judgment to the extent that Brown seeks dismissal of this case for Plaintiff's failure to exhaust available administrative remedies; granting Defendants Cathy Jackson and Juanice Cole's motion for summary judgment; entering judgment against Plaintiff and in favor of Defendants; dismissing case without prejudice as to Defendant Angela Brown; dismissing case with prejudice as to Defendants Juanice Cole and Cathy Jackson; and taxing costs against Plaintiff for which execution may issue.  (Doc. 57).  There have been no objections as to this Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED as stated specifically above.

DONE this 6th day of January, 2014.

                                            <u>/s/ W. Harold Albritton</u>
                                            W. HAROLD ALBRITTON, III
                                            UNITED STATES DISTRICT JUDGE